```
               UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF OHIO
                     WESTERN DIVISION
```

William J. Schumacher, et al,           :   Case No. 1:09-cv-794
                                        :
    Plaintiffs,                         :
                                        :
vs.                                     :
                                        :
AK Steel Corporation Retirement         :
Accumulation Pension Plan, et           :
al,                                     :
                                        :
    Defendants.                         :

### ORDER

    Pursuant to the telephone status conference held on January 23, 2012, the parties' joint motion to defer briefing on petitions for attorney's fees and costs (Doc. 136) is GRANTED. The Court will enter an appropriate briefing schedule after the completion of the pending appeals from the December 12, 2011 judgment.

    The Court also granted Plaintiffs' motion for leave to conduct discovery (Doc. 134), and a separate order will be entered granting that motion.  Defendant may file a motion pursuant to Fed. R. Civ. Proc. 62 to stay execution of the judgment, after discovery has been provided to Plaintiffs, if the parties are unable to reach agreement on this issue at that time.

    SO ORDERED.

DATED: January 24, 2012        s/Sandra S. Beckwith
                               Sandra S. Beckwith
                               Senior United States District Judge