```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

William J. Schumacher, on behalf       :   Case No. 1:09-cv-794
of himself and all persons             :
similarly situated,                    :
                                       :
    Plaintiffs,                        :
                                       :
vs.                                    :
                                       :
AK Steel Corporation Retirement        :
Accumulation Pension Plan, et          :
al,                                    :
                                       :
    Defendants.                        :

**ORDER**

      The Court held a telephone conference with counsel on February 15, 2012 to discuss Plaintiffs' motion to set the amount of bond. (Doc. 140)  After discussing the issues with counsel, and for good cause shown, the Court orders that Defendants shall post a supersedeas bond in the amount of $3,500,000 to secure the judgment entered in this case.  The bond shall be posted no later than 1:00 p.m. on Tuesday, February 28, 2012.

      The Court shall conduct another telephone conference with counsel on February 28 at 1 p.m.  Plaintiffs' counsel will be responsible for setting up that conference.

      Defendants shall provide responses to Plaintiffs' discovery requests concerning plan assets by close of business on Wednesday, February 22, 2012.  The responses shall include information about the amounts held in any accounts, and shall be

-1-

subject to the protective order entered in this case.  All information provided about accounts and assets held by the Defendants shall be treated as "attorneys eyes only" information.

    SO ORDERED.

DATED: February 16, 2012       <u>s/Sandra S. Beckwith</u>
                                     Sandra S. Beckwith
                                     Senior United States District Judge