IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| William J. Schumacher, on Behalf of himself and All Persons Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>AK Steel Corporation (Formerly Armco Inc.) Retirement Accumulation Pension Plan, a Part of the AK Steel Corporation (Formerly Armco Inc.) Noncontributory Pension Plan, and AK Steel Corporation Benefit Plans Administrative Committee,<br><br>        Defendants | Case No.: 1:09-CV-794<br><br>District Judge: Hon. Sandra S. Beckwith<br><br><br>**NOTICE OF FILING OF SUPERSEDEAS BOND AND MOTION TO STAY** |

  Pursuant to the Court's Order of February 16, 2012 and Fed. R. Civ. P. 62, Defendants AK Steel Corporation Retirement Accumulation Pension Plan and Benefit Plans Administrative Committee have secured the bond attached hereto as Exhibit A and are hereby filing the bond with the Court.

  Pursuant to Fed. R. Civ. P. 62(d), Defendants are entitled to a stay of enforcement of the Court's Final Judgment "as a matter of right" by posting a supersedeas bond or other adequate security for the portion of the judgment that would be due and payable during the pendency of the appellate process. *See Arban v. West Publishing Corp.* 345 F.3d 390, 409 (6th Cir. 2003). Accordingly, Defendants hereby request that the Court stay the execution of the judgment in this case pending the conclusion of the appeal.

Respectfully submitted,

_s/_ Andrew R. Kaake
Andrew R. Kaake (0072585)
George E. Yund (0017714)
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202-4182
(513) 651-6800
(513) 651-6981 (fax)
akaake@fbtlaw.com
gyund@fbtlaw.com

*Trial Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2012, a copy of the foregoing Defendants' Notice of Filing of Supersedeas Bond and Motion to Stay has been served electronically via the Court's CM/ECF electronic filing system, upon counsel for all parties.

<i>s/</i> Andrew R. Kaake<br>
Andrew R. Kaake

CINLibrary 1590332.0571918  2465561v1