**RECEIVED**
**OCT 28 2013**
JOHN P. HEHMAN, CLERK
CINCINNATI, OHIO



Ina Jean Lovin

Franklin, OH
Phone:

October 24, 2013

Clerk of the Court
Porter Stewart U. S. Courthouse
Room 103
100 East Fifth Street
Cincinnati, OH 45202

1:09-CV-794
SCHUMACHER V. AK STEEL

Dear Clerk of Court,

My name is Ina Jean Lovin, widow of James P. Lovin, who was an Armco retiree.
His social security number was ___-1450. He passed away on March 26, 2003.
My pension was reduced to $140.00 per month because I was sixty years old and eligible to draw social security on my deceased husband. I was sent a letter in approximately 2008 and I completed the form and sent it back. I have been told by Jim Ruppert of Ruppert, Bronson & Ruppert Co. LPA that I was not on the list and that I should contact you. My social security number is ___-0931. I am presently drawing social security off of my own work history.
You have my permission to verify this with social security.
I have not opted out and I am requesting payment as part of the Class.

Yours Truly,

*Ina Jean Lovin*

Ina Jean Lovin