## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

William J. Schumacher, et al.,
    Plaintiffs

-vs-                              Case No. 1:09-cv-794

AK Steel Corp. Ret. Acc.
Pension Plan, et al.,
    Defendants

## JUDGMENT

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts. |
| **X** | **Decision by Court:** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED** that plaintiffs' motion for an award of attorney's fees and costs is granted in part and denied in part.  Plaintiffs are awarded $618,471.35 to be paid by defendants.  The class shall pay attorney's fees of $707,528.70.  Class counsel is awarded a total of $1,326.000 in attorney's fees.  Costs are awarded against the defendants in the amount of $2,974.14.


Date: February 4, 2014                            John P. Hehman, Clerk


                                                           By: s/Mary C. Brown
                                                            Mary C. Brown, Deputy Clerk