# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| William J. Schumacher, on Behalf of himself and All Persons Similarly Situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AK Steel Corporation (Formerly Armco Inc.) Retirement Accumulation Pension Plan, a Part of the AK Steel Corporation (Formerly Armco Inc.) Noncontributory Pension Plan, and AK Steel Corporation Benefit Plans Administrative Committee, )<br>)<br>Defendants. ) | Case No.: 1:09-CV-794<br><br>Hon. Sandra Beckwith |

## [PROPOSED] ORDER

This Court finds that there is a mathematical error in the Judgment entered on February 4, 2014, which overstated the amount of attorney's fees to be awarded to Class counsel by $0.05. Pursuant to Rule 60(a), the Court hereby corrects the error in the Judgment. The amount of attorney's fees to be paid by the Class from the Judgment Fund shall be $707,528.65, not $707,528.70.

The Court further grants Class counsel's request that $707,528.65 to be distributed by the Fund Administrator, SCS, from the Judgment Fund pursuant to the corrected Judgment. Pursuant to an agreement among Class counsel, SCS shall pay Susman Heffner & Hurst this amount.

IT IS SO ORDERED.

Dated: 3/10/14

Judge Sandra S. Beckwith
United States District Court