IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| William J. Schumacher, on Behalf of himself and All Persons Similarly Situated, ) ) ) | |
| Plaintiffs, ) ) | Case No.: 1:09-CV-794 |
| v. ) ) | Hon. Sandra Beckwith |
| AK Steel Corporation (Formerly Armco Inc.) Retirement Accumulation Pension Plan, a Part of the AK Steel Corporation (Formerly Armco Inc.) Noncontributory Pension Plan, and AK Steel Corporation Benefit Plans Administrative Committee, ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## [REVISED PROPOSED] ORDER

Class counsel has petitioned this Court to allow distribution to 54 Class members from the Judgment Fund. In support, the Fund Administrator has submitted affidavits attesting that 54 Class members have satisfactorily submitted claim forms and the amounts due to each of these individuals net of attorney's fees awarded by this Court.

The Court grants Class counsel's request to have the Fund Administrator distribute from the Judgment Fund the amounts due as stated in the chart filed under seal. The Fund Administrator will distribute the amounts listed in that chart to the following individuals:

| | | |
|---|---|---|
| Allen, Jerry W | Koch, Ronald | Smith, Gerhardt D |
| Arnold, Norman S. | Kundrat, David M | Smith, Michael P |
| Baker, Brent | Kurtz, Rhonda L | Sopcisak, Jeffrey F |
| Baltzell, Joseph E | Leeker, Jerald W | Van Scoy, Clayton A |
| Birch, Ronald | Lockard, Eddie R | Wells, Terry J |
| Black, Tarey | Lyon, James C | Whelan, Gerald W. |
| Blunt, Larry G | Mandera, Richard L | Wilson, Robe |
| Burger, John H | Mccormick, Linda L | |
| Cooper, James T | Montgomery, Gerald | |

| | | |
|---|---|---|
| Cornelia, Chris J | Moore, Robert A | |
| Cox, Bernard E | Moran, Susan L | |
| Craycraft, Henry L | O'Dell, Marsha | |
| Delano, Deborah | Patel, Chiman B | |
| Denning, Clifford D | Perret, Richard A | |
| Douglass, Darryl J | Pfeiffer, Lester D | |
| Fillnow, Larry A | Rizzo, Gerald F | |
| Gallentine, Roy | Rossi, Robert M | |
| Gillingham, Gary W | Runyan, William | |
| Gumpper Jr, John W | Schumacher, William J | |
| Guthrie, Mary M | Sistek, David W | |
| Hendrickson, Lewis J | Slusher, Charles E | |
| Herdman, William T | Smalley, Marjorie E | |
| Jacobs Jr, Lawrence A | Smith, A Randal | |
| Keenan, Michael P | | |
| | | |

IT IS SO ORDERED.

Dated: 3/17/14

Judge Sandra S. Beckwith
United States District Court